222 So.2d 366

**Clyde L. LaBRYER**

v.

**STATE.**

3 Div. 414.

Supreme Court of Alabama.

May 8, 1969.
Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Geo. C. Brassell, Montgomery, opposed.

LIVINGSTON, Chief Justice.

Petition of the State by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision in LaBryer v. State, 45 Ala. App. 33, 222 So.2d 361 (3 Div. 355).

Writ denied.

LAWSON, MERRILL and HARWOOD, JJ., concur.

223 So.2d 603
**John Allen PADGETT**

v.

**STATE of Alabama.**

4 Div. 359.

Supreme Court of Alabama.

May 29, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner.

Smith & Smith, Dothan, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Padgett v. State, 45 Ala. App. 56, 223 So.2d 597.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and BLOODWORTH, JJ., concur.

227 So.2d 440

**James Lee PHARR**

v.

**STATE.**

I Div. 601.

Supreme Court of Alabama.

Oct. 2, 1969.

Certiorari to Court of Appeals.

John Coleman, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Herbert H. Henry, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Lee Pharr for certiorari to the Court of Appeals to review and revise the judgment and decision in Pharr v. State, 45 Ala.App. 152, 227 So.2d 439, (1 Div. 241). [transferred to Court of Criminal Appeals (1 Div. 1)].

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.